UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Jesus Corona, et al.,<br><br>                  Plaintiffs,<br><br>v.<br><br>Remington Lodging and Hospitality, et al.,<br><br>                  Defendants. | Case No. EDCV 17-01371 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Motion for Final Approval of Class Action Settlement filed by Plaintiff is GRANTED. Thus, the Court:

(1) GRANTS final approval of the Settlement Agreement;

(2) AWARDS Class Counsel attorneys' fees in the amount of $60,000 in equal shares;

(3) AWARDS Class Counsel costs in the amount of $8,609.42;

(4) AWARDS $5,000 each to Plaintiffs Jesus Corona and Horacio Villela;

(5) ORDERS the payment of $3,750 to the California Labor and Workforce Development Agency;

(6) ORDERS the payment of $6,000 to the claims administrator; and

(7) DISMISSES the Complaint WITH PREJUDICE.

Dated: April 22, 2019

												THE HONORABLE JESUS G. BERNAL
												United States District Judge